```
       IN THE UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF ARKANSAS
                JONESBORO DIVISION
```

**JOHNNIE JONES, JR.**                                                    **PLAINTIFF**

vs.                            3:04CV00030-WRW

**ARKANSAS GAME & FISH COMMISSION;**
**DALE OLDHAM,** in his Official and
Individual Capacity; **DONNIE HARRIS,**
in his Official and Individual
Capacity; **ROBERT ZACHARY,** in his
Official and Individual Capacity;
**SCOTT HENDERSON,** in his Official
and Individual Capacity                                                   **DEFENDANTS**

## JUDGMENT ON JURY VERDICT

This action came on for jury trial Monday, May 15, 2006, the Honorable William R. Wilson, Jr., United States District Judge, presiding. Prior to the start of trial, and pursuant to an Order entered by the Court, defendants Donnie Harris and Scott Henderson were DISMISSED.

The issues having been duly tried, the jury rendered its verdict on May 18, 2006. Now, therefore, pursuant to the verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff, Johnnie Jones, Jr., take nothing on his Complaint and that Judgment be entered in favor of the defendants, Arkansas Game & Fish Commission, Dale Oldham and Robert Zachary and the Complaint is hereby DISMISSED.

**IT IS SO ORDERED this 22nd day of May, 2006.**

<u>**/s/ Wm. R.Wilson,Jr.**</u>
**UNITED STATES DISTRICT JUDGE**

jdgjryv5deft.wpd